IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
OCT 2 3 2013
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | 13-mj-1088 |
| KEVIN EUGENE COOPER, JR. | ) | |

## ORDER

Upon motion of the Government, it is hereby ORDERED that Complaint and Warrant are placed under seal until further order of the Court.

It is so ORDERED this the 23rd day of October, 2013.

_____
JULIET GRIFFIN
United States Magistrate Judge