UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 13-mj-1088 |
| v. | ) | |
| | ) | |
| KEVIN EUGENE COOPER, JR. | ) | |

## GOVERNMENT'S MOTION TO UNSEAL

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests that the Complaint and Warrant filed in this matter be unsealed as the defendant has been arrested.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney
Middle District of Tennessee

_____
PHILIP H. WEHBY
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
(615) 736-5151

It is so ordered:

_____
JULIET GRIFFIN
U.S. MAGISTRATE JUDGE